ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Dynamic Systems Technology, Inc. | ) ASBCA No. 62994 |
| | ) |
| Under Contract No. W91QVN-20-C-0010 | ) |

APPEARANCE FOR THE APPELLANT:      James M. White, Esq.
                                                                Marshall & White, PLLC
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                                    Army Chief Trial Attorney
                                                                MAJ Jason C. Coffey, JA
                                                                Dana J. Chase, Esq.
                                                                    Trial Attorneys

## ORDER OF DISMISSAL

The government has requested appellant submit a new claim regarding the subject-matter of this appeal, which appellant has done. Appellant has requested this appeal be dismissed without prejudice, and the government does not object. Therefore, the appeal is dismissed without prejudice to the submittal of the new claim.

Dated:  November 23, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62994, Appeal of Dynamic Systems Technology, Inc., rendered in conformance with the Board's Charter.

Dated:  November 24, 2021

<br>

for Jammye D. Abbott

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals